DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

NYE v. ROGERS

No. 203A97

Case below: 125 N.C.App. 743

Motion by plaintiffs (Nye et al) to dismiss appeal allowed 23 July 1997.

PELZER v. UNITED PARCEL SERVICE

No. 289P97

Case below: 126 N.C.App. 305

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.

PETERSON v. HOOPER

No. 216P97

Case below: 126 N.C.App. 221

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.

ROBBINS v. UNION SECURITY INS. CO.

No. 256P97

Case below: 126 N.C.App. 436

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.

SCOTTSDALE INS. CO. v. WEST

No. 233P97

Case below: 126 N.C.App. 221

Petition by defendant (West) for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.